IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM JOHNAKIN,**<br>    **Plaintiff,**<br><br>v.<br><br>**BERKS COUNTY JAIL SYSTEM,** *et al.,*<br>    **Defendants.** | **CIVIL ACTION NO. 18-CV-749** |

## ORDER

AND NOW, this 17th day of May, 2018, upon consideration of Plaintiff William Johnakin's Amended Complaint (ECF No. 11) and his additional statement (ECF No. 12), it is **ORDERED** that:

1. The Clerk of Court shall **AMEND** the docket to reflect the caption of the Amended Complaint. The Defendants named in the Amended Complaint are: (1) Berks County Jail System; (2) Warden of BCJS Janice Quigley; (3) Chief Deputy Warden of BCJS Smith; (4) Prime Care Medical; (5) Berks County District Attorney's Office; (6) Berks County; and (7) City of Reading, P.A.

2. The Amended Complaint is **DISMISSED** without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Johnakin may file a second amended complaint within thirty (30) days of the date of this Order. Any second amended complaint shall name all defendants in the caption of the second amended complaint and should state how each defendant was responsible for violating Johnakin's rights. Any second amended complaint must be a complete document that does not rely on Johnakin's prior pleadings to state a claim. Johnakin is reminded that he must raise his

claims together in one pleading rather than submit them piecemeal. Upon the filing of a second amended complaint, the Clerk shall not make service until so ORDERED.

4. The Clerk of Court is directed to **SEND** Johnakin a blank form complaint to be used by a prisoner filing a civil rights action bearing the civil action number for this case.

5. If Johnakin fails to file a second amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
**PETRESE B. TUCKER, J.**